UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-37-1M

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| ERIC DESHAWN ROACH | |

This matter is before the Court on the Defendant's Motion to Continue the currently scheduled pretrial motion deadline and the arraignment. For good cause shown, Defendant's Motion IS GRANTED, and the pretrial motion deadline is extended to January 6, 2023 and the arraignment is continued until the February, 2023 term of court.

In the interest of justice such period of delay resulting from this continuance shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

SO ORDERED, this _____ day of November, 2022.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE