IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-0037-M

UNITED STATES OF AMERICA

v.

ERIC DESHAWN ROACH

ORDER

This matter is before the Court on Defendant's Motion Compel the production of the complete extraction reports of all three cellular phones currently in evidence. Specifically, the Government is Ordered to provide within 10 days the .bin file obtained from the physical extraction on the Alcatel phone and produce the Graykey .pdf extraction report summary, full file system extraction folder (compressed folder), Keychain property list (plist) file, and passwords text file for the unlock and extraction from the iPhone.

So ORDERED, the _____ day of June, 2023.

_____
Richard E. Myers, II
CHIEF U.S. DISTRICT JUDGE