IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 5:22-CR-37-M-1 |
| | : | |
| ERIC DESHAWN ROACH | : | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (**X**) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee: **ERIC DESHAWN ROACH, #1064425**

2. Detained by: **Lenoir County Jail**
   **Phone no. (252) 559-6100; Fax no. (252) 527-5022**

3. Detainee has been indicted in this district in violation of 21 U.S.C. § 846.

4. Appearance is necessary on **Monday, July 31, 2023, at 8:00 a.m.** (**X**) **in the U.S. District Court, Wilmington, N.C.,** OR ( ) before the Federal Grand Jury in this district, for ( ) initial appearance ( ) detention hearing ( ) arraignment ( ) change of plea ( ) trial ( ) sentencing ( ) in re a motion pursuant to 28 U.S.C. § 2255 ( ) the purpose of giving testimony in the captioned proceeding, or **(X) motion hearing**.

                                                 */s/ John Bradford Knott*
                                                 JOHN BRADFORD KNOTT
                                                 Assistant United States Attorney

## WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum  ( ) Ad Testificandum    ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date:   July 12  , 2023.                                         *Robert T Numbers II*
                                                               United States Magistrate Judge